# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

PETER HENAVIE, as Administrator of PATRICK HENAVIE, Deceased, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Submitted January 10, 1898; decided January 18, 1898.)

MOTION for reargument denied, with ten dollars costs. (See 154 N. Y. 278.)

---

JOHN H. HELLER, JR., et al., as Executors and Trustees of JOHN H. HELLER, Deceased, Respondents, *v.* WILLIAM COHEN, Appellant.

(Submitted January 10, 1898; decided January 18, 1898.)

MOTION for reargument denied, with ten dollars costs. (See 154 N. Y. 299.)

---

WILLIAM S. DE CAMP, Individually and as Trustee of JULIA L. DE CAMP, Deceased, Respondent, *v.* JOHN A. DIX et al., Appellants.

Reported below, 16 App. Div. 528.
(Argued January 10, 1898; decided January 18, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 22, 1897, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the exceptions are frivolous and that no question of law is presented by the appeal.

*S. D. & S. C. Adams* for motion.

*Charles E. Snyder* opposed.

Motion denied, with ten dollars costs.